IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:12-0182 |
| | ) | Chief Judge Haynes |
| KENNETH CHARLES YARBROUGH, | ) | |
| Defendant. | ) | |

## ORDER

The revocation hearing in this action is set for **Friday, November 2, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the ___16___ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court