UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) No. 3:12-00182 |
| | ) CHIEF JUDGE HAYNES |
| KENNETH CHARLES YARBROUGH | ) |

AGREED ORDER

The defendant, Kenneth Charles Yarbrough, through counsel, and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, notifies this Court that he understands and knowingly waives the right to appear, to a formal hearing, proof, testimony, and waives his confrontation rights with respect to the violations of supervised release alleged in the superseding petition submitted to this Court on November 14, 2012 (D.E. 18). Mr. Yarbrough does not contest and admits the truth of the violations contained in the superseding petition. Based thereon, and with the agreement of the defendant, and on the joint recommendation of the parties, the Court orders as follows:

1. As a penalty for the violations, Mr. Yarbrough is hereby sentenced to serve a term of imprisonment of 90 days. Mr. Yarbrough shall self-report to serve this term of imprisonment by January 3, 2013, at 2:00 p.m.;

2. Upon his release from the term of imprisonment, Mr. Yarbrough shall enter and participate in a sex offender treatment program with Sharon Davis, a licensed professional counselor; and

3. All other previous conditions of Mr. Yarbrough's supervised release shall remain in full force and effect.

IT IS SO ORDERED.

ENTERED this 19th day of November, 2012.

_____
WILLIAM J. HAYNES, JR.

APPROVED FOR ENTRY,


*s / R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Attorney for Kenneth Charles Yarbrough


*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151
Attorney for the Government